**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | | |
|---|---|---|---|
| NATHANIAL RICHARDSON, et al., | | * | |
| Plaintiffs, | | * | |
| v. | | * | Case No.: DLB-25-3390 |
| CITY OF BOWIE, et al., | | * | |
| Defendants. | | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STATUS REPORT**

The Parties, by and through their attorneys, respectfully file this Joint Status Report, stating as follows:

1.     Plaintiffs originally filed this matter in the Circuit Court for Prince George's County on September 12, 2025. The case was removed to this Court on October 14, 2025. ECF No. 1.

2.     This case arises from Defendant Sergeant Robert Warrington's actions on September 12, 2024. Plaintiffs allege that Sergeant Warrington "stopped his police vehicle near Plaintiff Mr. Richardson, exited, approached him, posed a brief question, and then immediately discharged his firearm in Mr. Richardson's direction." ECF No. 6, at ¶ 14.  On or about October 24, 2024, Sergeant Warrington was charged criminally. *See State v. Warrington*, Case No. C-16-CR-24-002494 (Cir. Ct. Prince George's Cnty.).

3.     This Court granted the Parties' Consent Motion to Stay this matter pending the resolution of Sergeant Warrington's criminal trial. ECF No. 11.

4. Sergeant Warrington's criminal trial concluded on May 20, 2026. Following trial, Sergeant Warrington was found guilty of all charges arising from the September 12, 2024 shooting, including Attempted Second-Degree Murder, Murder, First-Degree Assault, Reckless Endangerment, and Misconduct in Office.

5. Although the criminal trial has concluded, the Parties anticipate that post-trial motions and related proceedings may follow in the criminal matter. Plaintiffs do not oppose lifting the stay provided that, once lifted, this matter proceeds without interruption, including through discovery, and without renewed requests for a stay based upon anticipated post-trial criminal proceedings. Defendants agree they will not seek a renewed stay based upon anticipated post-trial criminal proceedings in the criminal matter.

6. Accordingly, the Parties respectfully request that this Honorable Court lift the stay entered on October 29, 2025. ECF No. 11.

KARPINSKI, CORNBROOKS & KARP, P.A.

BY:    /s/ Kevin Karpinski
KEVIN KARPINSKI, #11849
AIS #9312150114
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Kevin@bkcklaw.com

*Counsel for Officer Warrington*

/s/ Jeffrey P. Bowman
Jeffrey P. Bowman
Bar Number: 28940
jbowman@bowmanjarasow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, MD 21401
Tel: 410-267-9545
Fax: 443-782-0241

*Counsel for Plaintiffs*

/s/ Jason L. Levine
Jason L. Levine
Bar Number: 16631
7225 Parkway Drive
Hanover, Maryland 21076
jlevine@lgit.org

*Counsel for City of Bowie*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of May 2026, the foregoing was electronically filed

with notice to:

Jeffrey Bowman
Ronald Jarashow
Matthew Chalker
BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, MD 21401
Tel: 410-267-9545
Fax: 443-782-0241
*Counsel for Plaintiff*

Jason Levine
Local Government Insurance Trust
7225 Parkway Drive
Hanover, MD 21076
(443) 561-1708
*Counsel for the City of Bowie*

      /s/ Kevin Karpinski     
*Counsel for Officer Warrington*

4917-4449-1696, v. 3