**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

NATHANIEL RICHARDSON*, et al.*      \*

       Plaintiffs.

v.         \*     **Civil No.: 25-DLB-03390**

CITY OF BOWIE, *et al.*

       \*

       Defendants.

       \*

**DEFENDANT CITY OF BOWIE'S MOTION TO DISMISS**

The City of Bowie, one of the Defendants, by and through its undersigned counsel, moves this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint, and for the reasons stated in the accompanying Memorandum of Law.

Respectfully submitted,

_____/s/_____
JASON L. LEVINE 16631
7225 Parkway Drive
Hanover, Maryland 21076
443/561-1708
jlevine@lgit.org
*Counsel for Defendant City of Bowie*

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2026, the foregoing paper was filed and served via the Court's CM/ECF system.

_____/s/_____
JASON L. LEVINE 16631