**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

NATHANIEL RICHARDSON*, et al.*     *

     Plaintiffs.

v.                   *     **Civil No.: 25-DLB-03390**

CITY OF BOWIE, *et al.*

                         *

     Defendants.

                         *

**O R D E R**

Upon consideration of the Defendant City of Bowie's Motion to Dismiss, Plaintiff's Opposition thereto, and the City's Reply, it is this __ day of _____, 202__, by the United States District Court for the District of Maryland,

**ORDERED**, that:

1. Defendant City of Bowie's Motion to Dismiss is **GRANTED**; and

2. The City of Bowie is **DISMISSED** from the Complaint.

_____
Judge, U.S. District Court