**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

NATHANIEL RICHARDSON*, et al.*      *

        Plaintiffs.

v.                     *      **Civil No.: 25-DLB-03390**

CITY OF BOWIE*, et al.*

                                    *

        Defendants.

                                    *

### DEFENDANT CITY OF BOWIE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

The City of Bowie, one of the Defendants, by and through its undersigned counsel, moves

this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the First Amended Complaint,

and for the reasons stated in the accompanying Memorandum of Law.

        Respectfully submitted,

        _____/s/_____
        JASON L. LEVINE 16631
        7225 Parkway Drive
        Hanover, Maryland 21076
        443/561-1708
        jlevine@lgit.org
        *Counsel for Defendant City of Bowie*

### CERTIFICATE OF SERVICE

I certify that on June 16, 2026, the foregoing paper was filed and served via the Court's

CM/ECF system.

        _____/s/_____
        JASON L. LEVINE 16631